# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LAKE,<br>   Plaintiff,<br><br>   v.<br><br>LABORATORY EXPRESS, INC.,<br>   Defendant. | Case No.: CV 17-1486 DSF (AFMx)<br><br>JUDGMENT |

  The Court having construed Plaintiff's motion to remand as a motion for voluntary dismissal and Plaintiff not having timely objected to that characterization,

  IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: 4/9/18

                Dale S. Fischer
                United States District Judge